Former decision, 562 U.S. 1136, 131 S. Ct. 909, 178 L. Ed. 2d 750, 2011 U.S. LEXIS 106.

**No. 10-5913. Larry Johnson, Petitioner v. United States.**

563 U.S. 958, 131 S. Ct. 2149, 179 L. Ed. 2d 933, 2011 U.S. LEXIS 2967.

April 18, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 941, 131 S. Ct. 358, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7220.

**No. 10A989. Hamilton County Board of Elections, et al., Applicants v. Tracie Hunter, et al.**

563 U.S. 958, 131 S. Ct. 2149, 179 L. Ed. 2d 933, 2011 U.S. LEXIS 3188.

April 20, 2011. Application to recall and stay the mandate of the United States Court of Appeals for the Sixth Circuit, case Nos. 10-4481, 11-3059, and 11-3060, presented to Justice Kagan and by her referred to the Court, denied.

**No. 10-9073. Tyrrall Farrow Cannon, Petitioner v. California.**

563 U.S. 958, 131 S. Ct. 2152, 179 L. Ed. 2d 933, 2011 U.S. LEXIS 3234.

April 25, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, dismissed. See Rule 39.8.

**No. 10-9138. Jason McKinley Ward, Petitioner v. Catherine Cortez Masto, Attorney General of Nevada, et al.**

563 U.S. 958, 131 S. Ct. 2155, 179 L. Ed. 2d 933, 2011 U.S. LEXIS 3348.

April 25, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.